Case 06-21819   Doc 11   Page 1 of 1

FILED
July 19, 2006
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0000518566

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA
EASTERN DIVISION

In re: ) CASE NO. 06-21819-A-7    MSM
)
PETERSON, LESLIE ) Chapter 7
)
) ☒ REPORT OF 341 MEETING
) ☐ REQUESTS FOR DISMISSAL
) ☐ INITIAL REPORT OF ASSET CASE
Debtors(s) ) ☒ REPORT OF NO ASSET CASE

☒ **REPORT OF 341 MEETING BY TRUSTEE**

The Trustee Declares: ☐ Debtor failed to appear
The meeting was held: 07/19/06 ☐ Co-debtor failed to appear
☒ Debtor(s) appeared ☐ Council failed to appear
☒ Meeting concluded ☐ Debtor(s) failed to file all schedules or
☐ Meeting was continued to: _____ statement of financial affairs

☐ Other _____

☐ **REQUEST FOR NOTICE OF INTENT TO DISMISS CASE:**

The Trustee requests that the court issue a Notice if Intent to Dismiss:
☐ Entire case
☐ As to Debtor only
☐ As to Co-debtor only, for the reason(s) declared above

☐ **INITIAL REPORT OF TRUSTEE IN ASSET CASE**
The Trustee has determined that it is likely that there ARE ASSETS of the estate which are not fully exempted or are not fully unencumbered, available for liquidation and distribution to the creditors.
☐ The Trustee requests a Notice to File Claims be sent to all creditors.

☒ **REPORT OF TRUSTEE IN NO-ASSET CASE**
The trustee reports that (s)he has not received any property of the estate, has made a diligent inquiry for assets of the estate and finds that there are NO ASSETS that are not exempted or fully encumbered, available for liquidation and distribution to the creditors.

I swear under penalty of perjury that the information provided above is true and correct.

/S/ LINDA S. SCHUETTE, _____
Date: 07/19/06                LINDA S. SCHUETTE,, Bankruptcy Trustee